**United States Bankruptcy Court**
**District of Minnesota**

IN RE:                                              Case No.

Auto Point, Limited                                 Chapter 7
                    Debtor(s)

**SIGNATURE DECLARATION**

☐ PETITION, SCHEDULES & STATEMENTS

☐ CHAPTER 13 PLAN

☐ SCHEDULES & STATEMENTS ACCOMPANYING VERIFIED CONVERSION

☐ AMENDMENT TO PETITION, SCHEDULES & STATEMENTS

☐ MODIFIED CHAPTER 13 PLAN

☒ OTHER (Please describe) Petition

I [We], the undersigned debtor(s) or authorized representative of the debtor, *make the following declarations under penalty of perjury:*

- The information I have given my attorney and provided in the electronically filed petition, statements, schedules amendments, and/or chapter 13 plan, as indicated above, is true and correct;

- The information provided in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case is true and correct;

- [**individual debtors only**] If no Social Security Number is included in the "Debtor Information Pages" submitted as part of the electronic commencement of the above-referenced case, it is because I do not have a Social Security Number

- I consent to my attorney electronically filing with United States Bankruptcy Court my petition, statements and schedules amendments, and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration and the completed "Debtor Information Pages," if applicable; and

- [**corporate and partnership debtors only**] I have been authorized to file this petition on behalf of the debtor.

Date: April 23, 2010

X _/s/ signature_                                    X _____
Signature of Debtor or Authorized Representative         Signature of Joint Debtor

Michael Povolotsky