**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Auto Point, Limited

          Debtor.

Case No. 10-43005 (NCD)

Chapter 7

**ORDER**

THIS MATTER came on for hearing before the undersigned Judge of this Court upon a motion by Dealer Services Corporation ("DSC"). Appearances are noted on the record. Based upon the evidence adduced at the hearing, the arguments of counsel, and on all files and records herein, the Court issues the following Order.

IT IS HEREBY ORDERED THAT:

1.      DSC's Motion for Relief from Automatic Stay is GRANTED;

2.      DSC's Motion for Abandonment is GRANTED;

3.      That the automatic stay of 11 U.S.C. § 362(a) of the United States Bankruptcy Code is hereby immediately terminated as to DSC and, accordingly, DSC is authorized to exercise and/or enforce any and all rights and remedies as to the Debtor and the Debtor's vehicles, identified on <u>Exhibit A</u> attached hereto ("Petition Date Vehicles"), and the proceeds therefrom, under applicable law including, without limitation, taking immediate possession of the Petition Date Vehicles that are now abandoned.

4.      This order is effective immediately.


Dated: ___September 23_____, 2010              BY THE COURT:


                                                    /e/ Nancy C. Dreher
                                                  _____

                                                  Nancy C. Dreher

                                                   Chief United States Bankruptcy Judge


NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 09/23/2010
Lori Vosejpka, Clerk, by KK

**EXHIBIT A**

| Stock # | Date Floored | Description | VIN | Original Amount Advanced | Principal Balance Remaining | Total Balance as of the Petition Date | Current MMR "Average" Value | 10% |
|---|---|---|---|---|---|---|---|---|
| 343 | 12/10/2009 | 2002 BMW M5 | WBSDE93422CF91001 | $ 16,250.00 | $ 10,400.00 | $ 10,812.79 | $ 16,383.00 | $ 1,638.30 |
| 344 | 12/10/2009 | 2008 BMW 535xi | WBANV935778CZ66307 | $ 24,075.00 | $ 15,408.00 | $ 15,846.34 | $ 29,891.00 | $ 2,989.10 |
| 345 | 12/29/2009 | 2004 Volvo XC90 | YV1CZ59H541044336 | $ 10,850.00 | $ 9,765.00 | $ 10,237.62 | $ 8,956.00 | $ 895.60 |
| 346 | 1/11/2010 | 2006 JAGUAR XJ8 L | SAJWA79B86SH08504 | $ 21,025.00 | $ 18,922.50 | $ 19,494.33 | $ 20,697.00 | $ 2,069.70 |
| 347 | 1/20/2010 | 2005 Land Rover LR3 SE | SALAA254X5A302267 | $ 15,355.00 | $ 13,819.50 | $ 14,229.79 | $ 16,873.00 | $ 1,687.30 |
| 349 | 2/17/2010 | 2006 LEXUS GX470 | JTJBT20X260115956 | $ 24,690.00 | $ 24,690.00 | $ 25,515.21 | $ 24,480.00 | $ 2,448.00 |
| 350 | 2/25/2010 | 2007 Infiniti M35 | JNKAY01F27M459418 | $ 26,355.00 | $ 26,355.00 | $ 27,217.22 | $ 22,900.00 | $ 2,290.00 |
| 351 | 2/25/2010 | 2006 Infiniti G35 X | JNKCV51F76M612517 | $ 16,600.00 | $ 16,600.00 | $ 17,126.71 | $ 15,668.00 | $ 1,566.80 |
| 352 | 3/3/2010 | 2008 Saab 9-7X | 5S3ET13M182800253 | $ 17,050.00 | $ 17,050.00 | $ 17,432.55 | $ 18,120.00 | $ 1,812.00 |
| | | | TOTALS: | $ 172,250.00 | $ 153,010.00 | $ 157,912.56 | $ 173,968.00 | $17,396.80 |

| | |
|---|---|
| Gross sales estimate: | $ 173,968.00 |
| Costs of Sale (10%): | $ (17,396.80) |
| Net proceeds: | $ 156,571.20 |