MN - 204
(Rev'd 10/00)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

_____

In re:   BKY Case No.:  10-43005

Auto Point, Limited,

       Debtor.

_____

**NOTICE TO ALL CREDITORS OF SETTLEMENT AND COMPROMISE**

On or after January 5, 2012, or as soon thereafter as the transaction may be completed, the undersigned Trustee of the estate of the Debtor named above will finalize a settlement described as follows:

The undersigned commenced Adversary No. 11-4176 against Caruso, Pope, Smith, Edell, Picini, P.C. and Ilya Igdalev, which are both in New Jersey, alleging that said parties received a pre-petition transfer avoidable under various sections of the U. S. Bankruptcy Code, in the amount of approximately $72,000.00.  Certain facts are disputed, and in light of the litigation risk and expense, and the possible complications of trying to collect a judgment that would be issued by the Minnesota Bankruptcy Court in the State of New Jersey, the undersigned has agreed to settle all his claims against the defendants in the above adversary proceeding for the sum of $20,000.00, payable in $10,000.00 installments in December, 2011 and January, 2012.  The undersigned believes that this settlement is reasonable in light of the time, delay and expense and risk of further litigation, and the potential obstacles of transferring any judgment obtained to the State of New Jersey and undertaking collection action with respect thereto.

**OBJECTION: MOTION: HEARING.** Under applicable rules, any objection must be in writing, be delivered to the Trustee and the United States Trustee, and be filed with the clerk, not later than 12:00 o'clock noon on the day before the above date.  If an objection is made or an order is required, the Trustee moves the Court for such Orders as may be necessary and appropriate.  If an objection is timely delivered and filed, the Court will hold an expedited hearing on the objection with reduced notice of the hearing.  The hearing will be scheduled by the Trustee with notice by the Trustee to the objecting party and the United States Trustee.

| Clerk of Court | United States Trustee | Trustee |
|---|---|---|
| 301 U.S. Courthouse | 1015 U.S. Courthouse | (see address below) |
| 300 South Fourth Street | 300 South Fourth Street | |
| Minneapolis, MN 55415 | Minneapolis, MN 55415 | |

{00021382.1 }

Dated: December 8, 2011 /e/ Brian F. Leonard, Trustee
Brian F. Leonard, Trustee
100 South Fifth Street, Suite 2500
Minneapolis, MN 55402
(612) 332-1030

{00021382.1 }