MN - 204
(Rev'd 10/00)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA
_____

| | |
|---|---|
| In re: | Chapter 7 |
| Auto Point, Limited, | BKY Case No. 10-43005 |
| Debtor. | |

_____

**NOTICE TO ALL CREDITORS OF SETTLEMENT AND COMPROMISE**
_____

On or after September 17, 2012, or as soon thereafter as the transaction may be completed, the undersigned Trustee of the estate of the Debtor named above will finalize a settlement described as follows:

> The undersigned filed a Notice to all creditors of settlement and compromise regarding Adversary No. 11-4176 which was filed as Docket No. 36 in this case, and reflected a settlement in this adversary proceeding under which the bankruptcy estate would receive $20,000.00 in full and final settlement of all claims in the adversary proceeding. However, that settlement amount was not paid because of a disagreement between the two defendants with respect to the amount each such defendant would pay. The undersigned has now agreed to accept $15,000.00 from Caruso, Pope, Smith, Edell, Picini, P.C. in full and final settlement of all claims against that entity. The undersigned has determined, based upon a review of tax returns of Ilya Igdalev, that he has no ability to respond to any judgment that may be rendered against him in the adversary proceeding. Accordingly, the undersigned has determined that it is in the best interests of this bankruptcy estate to voluntarily dismiss his claims against Ilya Igdalev, and not to incur the expense of further litigation, and the expense of filing a Minnesota judgment in New Jersey, and the expense of attempting to collect amounts from Mr. Igdalev.

**OBJECTION: MOTION: HEARING.** Under applicable rules, any objection must be in writing, be delivered to the Trustee and the United States Trustee, and be filed with the clerk, not later than 12:00 o'clock noon on the day before the above date. If an objection is made or an order is required, the Trustee moves the Court for such Orders as may be necessary and appropriate. If an objection is timely delivered and filed, the Court will hold an expedited hearing on the objection with reduced notice of the hearing. The hearing will be scheduled by the Trustee with notice by the Trustee to the objecting party and the United States Trustee.

| Clerk of Court | United States Trustee | Trustee |
|---|---|---|
| 301 U.S. Courthouse | 1015 U.S. Courthouse | (see address below) |
| 300 South Fourth Street | 300 South Fourth Street | |
| Minneapolis, MN 55415 | Minneapolis, MN 55415 | |

Dated: August 21, 2012              /e/  Brian F. Leonard, Trustee
                                                     Brian F. Leonard, Trustee
                                                   100 South Fifth Street, Suite 2500
                                                   Minneapolis, MN 55402