**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re: AUTO POINT, LIMITED § | Case No. 10-43005 |
| § | |
| POINT, AUTO § | |
| Debtor(s) § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on April 23, 2010. The undersigned trustee was appointed on April 23, 2010.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $       37,500.42

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Payments made under an interim distribution | 0.00 |
    | Administrative expenses | 76.37 |
    | Bank service fees | 542.93 |
    | Other payments to creditors | 0.00 |
    | Non-estate funds paid to 3rd Parties | 0.00 |
    | Exemptions paid to the debtor | 0.00 |
    | Other payments to the debtor | 0.00 |
    | Leaving a balance on hand of [1]       $ | 36,881.12 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 03/02/2012 and the deadline for filing governmental claims was 03/02/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $4,500.04. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $4,500.04, for a total compensation of $4,500.04.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/25/2012        By: /s/BRIAN F. LEONARD
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-43005  
**Case Name:** AUTO POINT, LIMITED  

**Period Ending:** 10/25/12

**Trustee:** (430020) BRIAN F. LEONARD  
**Filed (f) or Converted (c):** 04/23/10 (f)  
**§341(a) Meeting Date:** 05/21/10  
**Claims Bar Date:** 03/02/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 Voyager Bank Account 10130084<br>  Orig. Asset Memo: Imported from original petition Doc# 22 | 0.00 | 0.00 | DA | 0.00 | FA |
| 2 2010 Landrover VIN 514655 On behalf of Ilya Igda<br>  Orig. Asset Memo: Imported from original petition Doc# 22 | 59,836.55 | 0.00 | DA | 0.00 | FA |
| 3 ACCT. REC. atty fees pd behalf of Ilya Igdalev<br>  Orig. Asset Memo: Imported from original petition Doc# 22 | 129,532.50 | 0.00 | DA | 0.00 | FA |
| 4 Acct. Rec. -Boris Litvak & I. Melnikova<br>  Orig. Asset Memo: Imported from original petition Doc# 22 | 44,880.00 | 0.00 | DA | 0.00 | FA |
| 5 A/R Alexander Bland & Katelyn A. Seawell Shelard<br>  Orig. Asset Memo: Imported from original petition Doc# 22 | 600.00 | 0.00 | DA | 0.00 | FA |
| 6 1999 Easy Trailer - VIN 4YZCH1625X1002441<br>  Orig. Asset Memo: Imported from original petition Doc# 22 | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 7 2005 Lexus GX470, VIN 079652<br>  Orig. Asset Memo: Imported from original petition Doc# 22 | 21,000.00 | 0.00 | DA | 0.00 | FA |
| 8 2006 E Class Mercedes, VIN 191229<br>  Orig. Asset Memo: Imported from original petition Doc# 22 | 22,000.00 | 0.00 | DA | 0.00 | FA |
| 9 2007 BMW X5, VIN 5UXFE43567L682325 OBA<br>  Orig. Asset Memo: Imported from original petition Doc# 22 | 30,000.00 | 0.00 | DA | 0.00 | FA |
| 10 2007 Lexus RX350, VIN 2T2HK310X7C043949<br>  Orig. Asset Memo: Imported from original petition Doc# 22 | 27,000.00 | 0.00 | DA | 0.00 | FA |
| 11 2007 S600 Mercedes Benz, VIN WDDNG76X07A109468<br>  Orig. Asset Memo: Imported from original petition Doc# 22 | 50,000.00 | 0.00 | DA | 0.00 | FA |

Exhibit A

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-43005  
**Case Name:** AUTO POINT, LIMITED  

**Period Ending:** 10/25/12

**Trustee:**    (430020)    BRIAN F. LEONARD  
**Filed (f) or Converted (c):** 04/23/10 (f)  
**§341(a) Meeting Date:** 05/21/10  
**Claims Bar Date:** 03/02/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 12 | 2008 BMW BX6, VIN 5UXFG43568L220627<br>  Orig. Asset Memo: Imported from original petition Doc# 22 | 50,000.00 | 0.00 | DA | 0.00 | FA |
| 13 | 2008 CL550 Mercedes, VIN WDDEJ71X28A014193<br>  Orig. Asset Memo: Imported from original petition Doc# 22 | 75,000.00 | 0.00 | DA | 0.00 | FA |
| 14 | 2008 Landrover LR2, VIN 034159<br>  Orig. Asset Memo: Imported from original petition Doc# 22 | 21,000.00 | 0.00 | DA | 0.00 | FA |
| 15 | 2008 Mercedes GL550, VIN 4JGBF86E68A417133<br>  Orig. Asset Memo: Imported from original petition Doc# 22 | 60,000.00 | 0.00 | DA | 0.00 | FA |
| 16 | 2008 Mercedes ML320, VIN 4JGBB22E48A419669<br>  Orig. Asset Memo: Imported from original petition Doc# 22 | 35,000.00 | 0.00 | DA | 0.00 | FA |
| 17 | 2009 Nissan Altima, VIN 1N4AL21E39C111029<br>  Orig. Asset Memo: Imported from original petition Doc# 22 | 20,000.00 | 0.00 | DA | 0.00 | FA |
| 18 | ADV. 10-4176 V. CARUSO, POPE, E (u)<br>   JUDGMENT $72,253.00; NOTICE OF SETTLEMENT | 75,000.00 | 75,000.00 |  | 15,000.00 | FA |
| 19 | ADV. 11-4046 V. GLOBE MOTOR, AND MARGOLIS (u) | 75,000.00 | 75,000.00 |  | 22,500.00 | FA |
| Int | INTEREST (u) | Unknown | N/A |  | 0.42 | FA |
| 20 | **Assets    Totals** (Excluding unknown values) | **$797,349.05** | **$150,000.00** |  | **$37,500.42** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    December 31, 2011         **Current Projected Date Of Final Report (TFR):**    September 19, 2012 (Actual)

Printed: 10/25/2012 07:42 AM    V.13.04

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 10-43005
**Case Name:** AUTO POINT, LIMITED

**Taxpayer ID #:** 41-2014332
**Period Ending:** 10/25/12

**Trustee:** BRIAN F. LEONARD (430020)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-60531842-65 - Checking Account
**Blanket Bond:** $38,561,000.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/29/11 | {19} | MARGOLIS LAW FIRM | ADV. SETTLEMENT | 1241-000 | 7,500.00 | | 7,500.00 |
| 11/29/11 | {19} | GLOBE MOTOR | SETTLEMENT OF ADV. | 1241-000 | 15,000.00 | | 22,500.00 |
| 12/28/11 | {18} | CARUSO SMITH EDELL PICINI PC | PARTIAL PAYMENT ON SETTLEMENT OF ADV 10-4176 | 1249-000 | 5,000.00 | | 27,500.00 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.19 | | 27,500.19 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 46.57 | 27,453.62 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.23 | | 27,453.85 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 60.01 | 27,393.84 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 54.26 | 27,339.58 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 56.02 | 27,283.56 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 54.04 | 27,229.52 |
| 05/15/12 | {18} | CARUSO SMITH EDELL PICINI | SETTLEMENT OF ADV. 10-4176 | 1249-000 | 2,500.00 | | 29,729.52 |
| 05/30/12 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/30/2012 FOR CASE #10-43005, BOND #016018055 | 2300-000 | | 76.37 | 29,653.15 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 63.94 | 29,589.21 |
| 06/19/12 | {18} | CARUSO SMITH EDELL PICINI | SETTLEMENT | 1249-000 | 2,500.00 | | 32,089.21 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 60.18 | 32,029.03 |
| 07/17/12 | {18} | CARUSO SMITH EDELL PICINI | 10-4176 SETTLEMENT PYMT | 1249-000 | 2,500.00 | | 34,529.03 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 72.22 | 34,456.81 |
| 08/14/12 | {18} | CARUSO SMITH EDELL PICINI PC | FINAL PAYMENT ADV 10-4176 | 1249-000 | 2,500.00 | | 36,956.81 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 75.69 | 36,881.12 |
| | | | **ACCOUNT TOTALS** | | 37,500.42 | 619.30 | **$36,881.12** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **37,500.42** | **619.30** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$37,500.42** | **$619.30** | |

{} Asset reference(s)

Printed: 10/25/2012 07:42 AM   V.13.04

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 10-43005  
**Case Name:** AUTO POINT, LIMITED  
**Taxpayer ID #:** 41-2014332  
**Period Ending:** 10/25/12

**Trustee:** BRIAN F. LEONARD (430020)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-60531842-65 - Checking Account  
**Blanket Bond:** $38,561,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts : 37,500.42  
———————  
Net Estate : $37,500.42

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # 9200-60531842-65** | **37,500.42** | **619.30** | **36,881.12** |
| | **$37,500.42** | **$619.30** | **$36,881.12** |
| Bank Transfers | $0.00 | $0.00 | |

{} Asset reference(s)                         Printed: 10/25/2012 07:42 AM   V.13.04

# EXHIBIT C

### Case: 10-43005 AUTO POINT, LIMITED

Claims Bar Date: 03/02/12

| Claim Number | Claimant Name | Claim Type | Claim Ref./ Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | BRIAN F. LEONARD<br>100 SOUTH FIFTH STREET<br>SUITE 2500<br>MINNEAPOLIS, MN 55402 | Admin Ch. 7 | | $4,500.04 | $0.00 | $4,500.04 |
| | LEONARD, O'BRIEN LAW FIRM<br>ATTN: BRIAN F. LEONARD<br>100 S. 5TH STREET, SUITE 2500<br>MINNEAPOLIS, MN 55402 | Admin Ch. 7 | | $20,000.00 | $0.00 | $20,000.00 |
| | LEONARD, O'BRIEN LAW FIRM<br>ATTN: BRIAN F. LEONARD<br>100 S. 5TH STREET, SUITE 2500<br>MINNEAPOLIS, MN 55402 | Admin Ch. 7 | | $203.31 | $0.00 | $203.31 |
| | CLERK OF BANKRUPTCY COURT<br>301 U. S. COURTHOUSE<br>300 S. 4TH STREET<br>MINNEAPOLIS, MN 55415 | Admin Ch. 7 | FILING FEES ADV. 10-4176 AND 11-4046 | $586.00 | $0.00 | $586.00 |
| 1 | ZURICH<br>4457 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 | Unsecured | 4300 | $1,805.28 | $0.00 | $1,805.28 |
| 2 | FEDEX CUSTOMER INFORMATION SERVICES<br>AS ASGN OF FEDEX EXPRESS/FEDEX GROUND,<br>3965 AIRWAYS BLVD., MODULE G, 3RD FLOOR<br>MEMPHIS, TN 38116 | Unsecured | 6908 | $516.27 | $0.00 | $516.27 |
| 3 | TODD G ANDERSON<br>1363 ASBURY ST<br>ST PAUL, MN 55108 | Unsecured | 2603 | $55,614.60 | $0.00 | $55,614.60 |
| 4 | Automotive Finance Corporation aka AFC<br>13085 Hamilton Crossing Blvd.<br>Suite 300<br>Carmel, IN 46032 | Unsecured | 8584 | $134,487.50 | $0.00 | $134,487.50 |
| 5 | DR KRISTAL KOHLMEYER<br>CHRISTINE SWANSON, ESQ<br>KELLY & LEMMONS,7300 HUDSON BLVD STE 200<br>ST PAUL, MN 55128 | Unsecured | | $28,656.75 | $0.00 | $28,656.75 |

# EXHIBIT C

## Case: 10-43005 AUTO POINT, LIMITED

Claims Bar Date: 03/02/12

| Claim Number | Claimant Name | Claim Type | Claim Ref./ Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 6 | WELLS FARGO DEALER SERVICES<br>P O BOX 3539<br>RANCHO CUCAMONGA, CA 92719 | Unsecured | 6573 | $17,928.26 | $0.00 | $17,928.26 |
| 7 | CARSOUP.COM<br>1401 AMERICAN BLVD E, #6<br>BLOOMINGTON, MN 55425 | Unsecured | 4139 | $3,400.00 | $0.00 | $3,400.00 |
| 8 | Hue Thi Pham<br>628 Ramsey St. NE<br>Minneapolis, MN 55413-1825 | Unsecured | | $18,500.00 | $0.00 | $18,500.00 |
| 9 | XCEL ENERGY<br>PO BOX 727<br>LA CROSSE, WI 54602-0727 | Unsecured | 0823 | $581.74 | $0.00 | $581.74 |
| 10 | Spire Federal Credit Union<br>ATTN JULIUS LEE<br>2025 LARPENTEUR AVENUE WEST<br>FALCON HEIGHTS, MN 55113 | Unsecured | 5641 | $68,519.84 | $0.00 | $68,519.84 |
| 11 | Wells Fargo Bank N.A.<br>Business Direct Division<br>100 W, Washington Street 8th Flr<br>Phoenix, AZ 85003 | Unsecured | 8845 | $22,621.77 | $0.00 | $22,621.77 |
| 12 | CITY OF MADISON TREASURER<br>OFFICE OF THE CITY ATTY<br>ROOM 401 CITY-COUNTY BLDG<br>MADISON, WI 53703 | Unsecured | | $40.00 | $0.00 | $40.00 |
| 13 | WESTERN SURETY COMPANY<br>C/O KAZLOW & FIELDS<br>8100 SANDPIPER CR STE 204<br>BALTIMORE, MD 21236 | Unsecured | 2133 | $39,500.00 | $0.00 | $39,500.00 |
| 14 | CSC Credit Services<br>652 N Sam Houston Parkway E<br>#400<br>Houston, TX 77060 | Unsecured | 7724 | $124.86 | $0.00 | $124.86 |
| 15 | American InfoSource LP as agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | Unsecured | 3931/TMOBILE | $389.55 | $0.00 | $389.55 |
| 16 | Randys Environmental Services<br>P.O. Box 169<br>Delano, MN 55328-0169 | Unsecured | 1685 | $187.59 | $0.00 | $187.59 |

# EXHIBIT C

## Case: 10-43005   AUTO POINT, LIMITED

Claims Bar Date: 03/02/12

| Claim Number | Claimant Name | Claim Type | Claim Ref./ Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 17 | DEALER SERVICES CORPORATION<br>1320 CITY CENTER DRIVE, SUITE 100<br>CARMEL, IN 46032 | Unsecured | 1073 | $138,733.81 | $0.00 | $138,733.81 |
| 18 | LIBERTY MUTUAL SURETY<br>ATTN BOND CLAIMS DEPT<br>9450 SEWARD RD<br>FAIRFIELD, OH 45014 | Unsecured | 5015 | $56,291.10 | $0.00 | $56,291.10 |
| 19 | KLEIN BANK<br>14141 GLENDALE ROAD<br>SAVAGE, MN 55378 | Secured | | $33,052.00 | $0.00 | $33,052.00 |
| 20 | West Financial<br>3575 Sioux Dr.<br>Medina, MN 55340 | Unsecured | | $15,779.42 | $0.00 | $15,779.42 |
| 21 | PAYCHEX<br>1175 JOHN ST<br>W HENRIETTA, NY 14586 | Unsecured | 4332 | $153.24 | $0.00 | $153.24 |
| | | | **Case Total:** | | **$0.00** | **$662,172.93** |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-43005
Case Name: AUTO POINT, LIMITED
Trustee Name: BRIAN F. LEONARD

**Balance on hand:**  $ 36,881.12

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 19 | KLEIN BANK | 33,052.00 | 33,052.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:  $ 0.00
Remaining balance:  $ 36,881.12

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BRIAN F. LEONARD | 4,500.04 | 0.00 | 4,500.04 |
| Attorney for Trustee, Fees - LEONARD, O'BRIEN LAW FIRM | 20,000.00 | 0.00 | 20,000.00 |
| Attorney for Trustee, Expenses - LEONARD, O'BRIEN LAW FIRM | 203.31 | 0.00 | 203.31 |
| Charges, U.S. Bankruptcy Court | 586.00 | 0.00 | 586.00 |

Total to be paid for chapter 7 administration expenses:  $ 25,289.35
Remaining balance:  $ 11,591.77

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $ 0.00
Remaining balance:  $ 11,591.77

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 11,591.77 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 603,831.58 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | ZURICH | 1,805.28 | 0.00 | 34.66 |
| 2 | FEDEX CUSTOMER INFORMATION SERVICES | 516.27 | 0.00 | 9.91 |
| 3 | TODD G ANDERSON | 55,614.60 | 0.00 | 1,067.63 |
| 4 | Automotive Finance Corporation aka AFC | 134,487.50 | 0.00 | 2,581.76 |
| 5 | DR KRISTAL KOHLMEYER | 28,656.75 | 0.00 | 550.12 |
| 6 | WELLS FARGO DEALER SERVICES | 17,928.26 | 0.00 | 344.17 |
| 7 | CARSOUP.COM | 3,400.00 | 0.00 | 65.27 |
| 8 | Hue Thi Pham | 18,500.00 | 0.00 | 355.14 |
| 9 | XCEL ENERGY | 581.74 | 0.00 | 11.17 |
| 10 | Spire Federal Credit Union | 68,519.84 | 0.00 | 1,315.38 |
| 11 | Wells Fargo Bank N.A. | 22,621.77 | 0.00 | 434.27 |
| 12 | CITY OF MADISON TREASURER | 40.00 | 0.00 | 0.77 |
| 13 | WESTERN SURETY COMPANY | 39,500.00 | 0.00 | 758.28 |
| 14 | CSC Credit Services | 124.86 | 0.00 | 2.40 |
| 15 | American InfoSource LP as agent for | 389.55 | 0.00 | 7.48 |
| 16 | Randys Environmental Services | 187.59 | 0.00 | 3.60 |
| 17 | DEALER SERVICES CORPORATION | 138,733.81 | 0.00 | 2,663.28 |
| 18 | LIBERTY MUTUAL SURETY | 56,291.10 | 0.00 | 1,080.62 |

**UST Form 101-7-TFR (05/1/2011)**

| | | | | |
|---|---|---|---|---|
| 20 | West Financial | 13,779.42 | 0.00 | 302.92 |
| 21 | PAYCHEX | 153.24 | 0.00 | 2.94 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 11,591.77 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**