# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re: AUTO POINT, LIMITED                                §   Case No. 10-43005
                                                          §
         POINT, AUTO                                      §
Debtor(s)                                                 §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

BRIAN F. LEONARD, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $647,349.05                    Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants:$11,591.77       Claims Discharged
                                                 Without Payment: $1,956,400.50

Total Expenses of Administration:$25,908.65

3)  Total gross receipts of $      37,500.42     (see **Exhibit 1** ), minus funds paid to the debtor
and third parties of $      0.00     (see **Exhibit 2**), yielded net receipts of  $37,500.42
from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $521,198.03 | $33,052.00 | $33,052.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 25,908.65 | 25,908.65 | 25,908.65 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,519,345.24 | 603,831.58 | 603,831.58 | 11,591.77 |
| **TOTAL DISBURSEMENTS** | $2,040,543.27 | $662,792.23 | $662,792.23 | $37,500.42 |

4)  This case was originally filed under Chapter 7 on April 23, 2010.
The case was pending for 36 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/16/2013            By: /s/BRIAN F. LEONARD
                                   Trustee


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 ─GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| ADV. 10-4176  V. CARUSO, POPE, E | 1249-000 | 15,000.00 |
| ADV. 11-4046 V. GLOBE MOTOR, AND MARGOLIS | 1241-000 | 22,500.00 |
| Interest Income | 1270-000 | 0.42 |
| **TOTAL GROSS RECEIPTS** | | **$37,500.42** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 ─FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 ─SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 19 | KLEIN BANK | 4110-000 | N/A | 33,052.00 | 33,052.00 | 0.00 |
| NOTFILED | Dealer Services Corporation | 4110-000 | 156,789.04 | N/A | N/A | 0.00 |
| NOTFILED | Liberty Mutual Surety | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Automotive Finance Corporation | 4110-000 | 155,336.63 | N/A | N/A | 0.00 |
| NOTFILED | Kazlow & Fields LLC | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | M&I Marshall & Isley Bank St. Louis Park | 4110-000 | 93,000.00 | N/A | N/A | 0.00 |
| NOTFILED | KleinBank - Chaska | 4110-000 | 35,000.00 | N/A | N/A | 0.00 |
| NOTFILED | U.S. Small Business Administration | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Manheim Milwaukee | 4110-000 | 81,072.36 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$521,198.03** | **$33,052.00** | **$33,052.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRIAN F. LEONARD | 2100-000 | N/A | 4,500.04 | 4,500.04 | 4,500.04 |
| CLERK OF BANKRUPTCY COURT | 2700-000 | N/A | 586.00 | 586.00 | 586.00 |
| LEONARD, O'BRIEN LAW FIRM | 3110-000 | N/A | 20,000.00 | 20,000.00 | 20,000.00 |
| LEONARD, O'BRIEN LAW FIRM | 3120-000 | N/A | 203.31 | 203.31 | 203.31 |
| The Bank of New York Mellon | 2600-000 | N/A | 46.57 | 46.57 | 46.57 |
| The Bank of New York Mellon | 2600-000 | N/A | 60.01 | 60.01 | 60.01 |
| The Bank of New York Mellon | 2600-000 | N/A | 54.26 | 54.26 | 54.26 |
| The Bank of New York Mellon | 2600-000 | N/A | 56.02 | 56.02 | 56.02 |
| The Bank of New York Mellon | 2600-000 | N/A | 54.04 | 54.04 | 54.04 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 76.37 | 76.37 | 76.37 |
| The Bank of New York Mellon | 2600-000 | N/A | 63.94 | 63.94 | 63.94 |
| The Bank of New York Mellon | 2600-000 | N/A | 60.18 | 60.18 | 60.18 |
| The Bank of New York Mellon | 2600-000 | N/A | 72.22 | 72.22 | 72.22 |
| The Bank of New York Mellon | 2600-000 | N/A | 75.69 | 75.69 | 75.69 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $25,908.65 | $25,908.65 | $25,908.65 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | ZURICH | 7100-000 | 1,805.28 | 1,805.28 | 1,805.28 | 34.66 |
| 2 | FEDEX CUSTOMER INFORMATION SERVICES | 7100-000 | 308.76 | 516.27 | 516.27 | 9.91 |
| 3 | TODD G ANDERSON | 7100-000 | 19,949.00 | 55,614.60 | 55,614.60 | 1,067.63 |
| 4 | Automotive Finance Corporation aka AFC | 7100-000 | N/A | 134,487.50 | 134,487.50 | 2,581.76 |
| 5 | DR KRISTAL KOHLMEYER | 7100-000 | 27,500.00 | 28,656.75 | 28,656.75 | 550.12 |
| 6 | WELLS FARGO DEALER SERVICES | 7100-000 | N/A | 17,928.26 | 17,928.26 | 344.17 |
| 7 | CARSOUP.COM | 7100-000 | N/A | 3,400.00 | 3,400.00 | 65.27 |
| 8 | Hue Thi Pham | 7100-000 | 18,457.54 | 18,500.00 | 18,500.00 | 355.14 |
| 9 | XCEL ENERGY | 7100-000 | 937.14 | 581.74 | 581.74 | 11.17 |
| 10 | Spire Federal Credit Union | 7100-000 | 35,665.60 | 68,519.84 | 68,519.84 | 1,315.38 |
| 11 | Wells Fargo Bank N.A. | 7100-000 | 22,353.56 | 22,621.77 | 22,621.77 | 434.27 |
| 12 | CITY OF MADISON TREASURER | 7100-000 | 30.00 | 40.00 | 40.00 | 0.77 |
| 13 | WESTERN SURETY COMPANY | 7100-000 | N/A | 39,500.00 | 39,500.00 | 758.28 |
| 14 | CSC Credit Services | 7100-000 | 124.86 | 124.86 | 124.86 | 2.40 |
| 15 | American InfoSource LP as agent for | 7100-000 | N/A | 389.55 | 389.55 | 7.48 |
| 16 | Randys Environmental Services | 7100-000 | 237.07 | 187.59 | 187.59 | 3.60 |
| 17 | DEALER SERVICES CORPORATION | 7100-000 | N/A | 138,733.81 | 138,733.81 | 2,663.28 |
| 18 | LIBERTY MUTUAL SURETY | 7100-000 | N/A | 56,291.10 | 56,291.10 | 1,080.62 |
| 20 | West Financial | 7100-000 | 27,716.50 | 15,779.42 | 15,779.42 | 302.92 |
| 21 | PAYCHEX | 7100-000 | 99.24 | 153.24 | 153.24 | 2.94 |
| NOTFILED | Postal Credit Union | 7100-000 | 20,219.17 | N/A | N/A | 0.00 |
| NOTFILED | Postal Credit Union | 7100-000 | 18,466.80 | N/A | N/A | 0.00 |
| NOTFILED | Popp.Com | 7100-000 | 576.55 | N/A | N/A | 0.00 |
| NOTFILED | Postal Credit Union | 7100-000 | 35,665.60 | N/A | N/A | 0.00 |
| NOTFILED | Postal Credit Union | 7100-000 | 18,457.54 | N/A | N/A | 0.00 |
| NOTFILED | Phillip Alan Souzek | 7100-000 | 28,100.00 | N/A | N/A | 0.00 |
| NOTFILED | Patricia Pearson | 7100-000 | 1,470.00 | N/A | N/A | 0.00 |
| NOTFILED | Patrick James Kinney | 7100-000 | 15,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Lane Alan Danielsen | 7100-000 | 53,700.00 | N/A | N/A | 0.00 |
| NOTFILED | Lexus Of Wayzata | 7100-000 | 701.13 | N/A | N/A | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Karen Leah Greenstein | 7100-000 | 14,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Joseph Martin Shuster | 7100-000 | 26,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Julian P. Pierre | 7100-000 | 12,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Jeffrey Michael Holz | 7100-000 | 19,292.19 | N/A | N/A | 0.00 |
| NOTFILED | John Cominic Wetherall | 7100-000 | 12,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Linda Joy Goldstein GKI, LLC | 7100-000 | 27,716.50 | N/A | N/A | 0.00 |
| NOTFILED | Mainstream Internet | 7100-000 | 359.40 | N/A | N/A | 0.00 |
| NOTFILED | M & I Marshall & Ilsley Bank | 7100-000 | 16,905.12 | N/A | N/A | 0.00 |
| NOTFILED | Nissan Motor Acceptance Corporation | 7100-000 | 18,500.00 | N/A | N/A | 0.00 |
| NOTFILED | NorthStar Auto Brokers | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Nathan Kyle Sperry | 7100-000 | 18,457.54 | N/A | N/A | 0.00 |
| NOTFILED | Mitsubishi Motors Credit Of American, In | 7100-000 | 20,219.17 | N/A | N/A | 0.00 |
| NOTFILED | Mr. Joseph Vorobeychik JMV Enterprises LLC | 7100-000 | 144,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Manheim Northstar Minnesota | 7100-000 | 50.00 | N/A | N/A | 0.00 |
| NOTFILED | Mark David Paulek | 7100-000 | 48,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Postal Credit Union | 7100-000 | 10,617.75 | N/A | N/A | 0.00 |
| NOTFILED | Spire Federal Credit Union | 7100-000 | 12,326.26 | N/A | N/A | 0.00 |
| NOTFILED | Postal Credit Union | 7100-000 | 28,435.50 | N/A | N/A | 0.00 |
| NOTFILED | Toyota Financial Services | 7100-000 | 26,584.83 | N/A | N/A | 0.00 |
| NOTFILED | Toyota Motor Credit Corp | 7100-000 | 19,949.00 | N/A | N/A | 0.00 |
| NOTFILED | Todd L. Wanshura | 7100-000 | 20,219.17 | N/A | N/A | 0.00 |
| NOTFILED | U.S. Bank | 7100-000 | 24,517.88 | N/A | N/A | 0.00 |
| NOTFILED | Todd Gregory Anderson | 7100-000 | 30,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Valley Auto Glas Inc. | 7100-000 | 918.07 | N/A | N/A | 0.00 |
| NOTFILED | Universal Underwriters Group | 7100-000 | 902.64 | N/A | N/A | 0.00 |
| NOTFILED | West Financial | 7100-000 | 18,457.54 | N/A | N/A | 0.00 |
| NOTFILED | Zoua Khang | 7100-000 | 493.83 | N/A | N/A | 0.00 |
| NOTFILED | Wachovia Dealer Services | 7100-000 | 19,292.19 | N/A | N/A | 0.00 |
| NOTFILED | Todd Gregory Anderson | 7100-000 | 35,587.86 | N/A | N/A | 0.00 |
| NOTFILED | Violet Copp Osmonson | 7100-000 | 23,400.00 | N/A | N/A | 0.00 |
| NOTFILED | T-Mobile | 7100-000 | 389.55 | N/A | N/A | 0.00 |
| NOTFILED | Thomas William Cameron II | 7100-000 | 29,058.81 | N/A | N/A | 0.00 |
| NOTFILED | Sears Imported Autos, Inc. | 7100-000 | 181.61 | N/A | N/A | 0.00 |
| NOTFILED | Shaharyar Ahmed Khan | 7100-000 | 24,350.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | SBS Auto, Inc. | 7100-000 | 450.00 | N/A | N/A | 0.00 |
| NOTFILED | Spire Federal Credit Union | 7100-000 | 19,292.19 | N/A | N/A | 0.00 |
| NOTFILED | Regula Russelle Michael Russelle | 7100-000 | 1,470.00 | N/A | N/A | 0.00 |
| NOTFILED | Spire Federal Credit Union | 7100-000 | 27,716.50 | N/A | N/A | 0.00 |
| NOTFILED | Jaquar Land Rover Minneapolis | 7100-000 | 1,279.21 | N/A | N/A | 0.00 |
| NOTFILED | Sprint | 7100-000 | 988.60 | N/A | N/A | 0.00 |
| NOTFILED | Stephen William Colby | 7100-000 | 28,435.50 | N/A | N/A | 0.00 |
| NOTFILED | Spire Federal Credit Union | 7100-000 | 29,058.81 | N/A | N/A | 0.00 |
| NOTFILED | Randall Kevin Byrne | 7100-000 | 26,584.83 | N/A | N/A | 0.00 |
| NOTFILED | Spire Federal Credit Union | 7100-000 | 28,435.50 | N/A | N/A | 0.00 |
| NOTFILED | Dealer Automotive Services | 7100-000 | 359.00 | N/A | N/A | 0.00 |
| NOTFILED | Alexander Cheong Wai Lai | 7100-000 | 26,500.00 | N/A | N/A | 0.00 |
| NOTFILED | ADT Security Services Inc. | 7100-000 | 558.10 | N/A | N/A | 0.00 |
| NOTFILED | American Honda Finance Corp. | 7100-000 | 1,470.00 | N/A | N/A | 0.00 |
| NOTFILED | Andrews Inc. Of Princeton | 7100-000 | 1,130.00 | N/A | N/A | 0.00 |
| NOTFILED | American Car Care Centers Golden Valley Tire & Service | 7100-000 | 866.12 | N/A | N/A | 0.00 |
| NOTFILED | All Fleet Leasing Transportation Division | 7100-000 | 600.00 | N/A | N/A | 0.00 |
| NOTFILED | Anthony Robert Wirz | 7100-000 | 18,500.00 | N/A | N/A | 0.00 |
| NOTFILED | AutoUpLinkUSA Of Minnesota | 7100-000 | 598.00 | N/A | N/A | 0.00 |
| NOTFILED | AutoTrader.Com, Inc. | 7100-000 | 1,780.00 | N/A | N/A | 0.00 |
| NOTFILED | Creative Auto Service | 7100-000 | 5,000.00 | N/A | N/A | 0.00 |
| NOTFILED | CU Direct Corporation | 7100-000 | 395.00 | N/A | N/A | 0.00 |
| NOTFILED | Classified Ventures LLC | 7100-000 | 1,225.00 | N/A | N/A | 0.00 |
| NOTFILED | City Of Golden Valley | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Elizabeth B. Hopf | 7100-000 | 22,100.00 | N/A | N/A | 0.00 |
| NOTFILED | Doug Corsmeier | 7100-000 | 22,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Harris N.A. | 7100-000 | 48,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Heldt Trucking, LLC | 7100-000 | 300.00 | N/A | N/A | 0.00 |
| NOTFILED | G&K Services | 7100-000 | 182.64 | N/A | N/A | 0.00 |
| NOTFILED | Charles Alexander Bland Katelyn Alexander Seawell | 7100-000 | 9,250.00 | N/A | N/A | 0.00 |
| NOTFILED | Fleet Services | 7100-000 | 555.13 | N/A | N/A | 0.00 |
| NOTFILED | Chad Bayneroth Trent | 7100-000 | 25,490.00 | N/A | N/A | 0.00 |
| NOTFILED | Chad Henry Kamann | 7100-000 | 15,800.00 | N/A | N/A | 0.00 |
| NOTFILED | BMW Of Minnetonka | 7100-000 | 234.17 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Brian D. Henthorn | 7100-000 | 16,905.12 | N/A | N/A | 0.00 |
| NOTFILED | BlueCross BlueShield Of Minnesota | 7100-000 | 7,024.00 | N/A | N/A | 0.00 |
| NOTFILED | Bryce Patrick Ehlert Chris Jean Ehlert | 7100-000 | 20,219.17 | N/A | N/A | 0.00 |
| NOTFILED | Blake Forrest Kellar | 7100-000 | 17,999.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One Bank (USA), N.A. | 7100-000 | 6,967.03 | N/A | N/A | 0.00 |
| NOTFILED | Capital One Bank (USA), N.A. | 7100-000 | 10,059.44 | N/A | N/A | 0.00 |
| NOTFILED | CarSoup.Com | 7100-000 | 2,550.00 | N/A | N/A | 0.00 |
| NOTFILED | Centerpoint Energy | 7100-000 | 805.22 | N/A | N/A | 0.00 |
| NOTFILED | Carmel Maria Lundberg | 7100-000 | 12,326.26 | N/A | N/A | 0.00 |
| NOTFILED | Innovative Merchang Solutions | 7100-000 | 64.95 | N/A | N/A | 0.00 |
| NOTFILED | Carfax, Inc. | 7100-000 | 2,097.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $1,519,345.24 | $603,831.58 | $603,831.58 | $11,591.77 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-43005
**Case Name:** AUTO POINT, LIMITED

**Period Ending:** 04/16/13

**Trustee:**   (430020)   BRIAN F. LEONARD
**Filed (f) or Converted (c):** 04/23/10 (f)
**§341(a) Meeting Date:** 05/21/10
**Claims Bar Date:** 03/02/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Voyager Bank Account 10130084<br>Orig. Asset Memo: Imported from original petition Doc# 22 | 0.00 | 0.00 | | 0.00 | FA |
| 2 | 2010 Landrover VIN 514655 On behalf of Ilya Igda<br>Orig. Asset Memo: Imported from original petition Doc# 22 | 59,836.55 | 0.00 | | 0.00 | FA |
| 3 | ACCT. REC. atty fees pd behalf of Ilya Igdalev<br>Orig. Asset Memo: Imported from original petition Doc# 22 | 129,532.50 | 0.00 | | 0.00 | FA |
| 4 | Acct. Rec. -Boris Litvak & I. Melnikova<br>Orig. Asset Memo: Imported from original petition Doc# 22 | 44,880.00 | 0.00 | | 0.00 | FA |
| 5 | A/R Alexander Bland & Katelyn A. Seawell Shelard<br>Orig. Asset Memo: Imported from original petition Doc# 22 | 600.00 | 0.00 | | 0.00 | FA |
| 6 | 1999 Easy Trailer - VIN 4YZCH1625X1002441<br>Orig. Asset Memo: Imported from original petition Doc# 22 | 1,500.00 | 0.00 | | 0.00 | FA |
| 7 | 2005 Lexus GX470, VIN 079652<br>Orig. Asset Memo: Imported from original petition Doc# 22 | 21,000.00 | 0.00 | | 0.00 | FA |
| 8 | 2006 E Class Mercedes, VIN 191229<br>Orig. Asset Memo: Imported from original petition Doc# 22 | 22,000.00 | 0.00 | | 0.00 | FA |
| 9 | 2007 BMW X5, VIN 5UXFE43567L682325 OBA<br>Orig. Asset Memo: Imported from original petition Doc# 22 | 30,000.00 | 0.00 | | 0.00 | FA |
| 10 | 2007 Lexus RX350, VIN 2T2HK310X7C043949<br>Orig. Asset Memo: Imported from original petition Doc# 22 | 27,000.00 | 0.00 | | 0.00 | FA |
| 11 | 2007 S600 Mercedes Benz, VIN WDDNG76X07A109468<br>Orig. Asset Memo: Imported from original petition Doc# 22 | 50,000.00 | 0.00 | | 0.00 | FA |

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-43005

**Case Name:** AUTO POINT, LIMITED

**Period Ending:** 04/16/13

**Trustee:** (430020)   BRIAN F. LEONARD

**Filed (f) or Converted (c):** 04/23/10 (f)

**§341(a) Meeting Date:** 05/21/10

**Claims Bar Date:** 03/02/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 12 | 2008 BMW BX6, VIN 5UXFG43568L220627<br>Orig. Asset Memo: Imported from original petition Doc# 22 | 50,000.00 | 0.00 | | 0.00 | FA |
| 13 | 2008 CL550 Mercedes, VIN WDDEJ71X28A014193<br>Orig. Asset Memo: Imported from original petition Doc# 22 | 75,000.00 | 0.00 | | 0.00 | FA |
| 14 | 2008 Landrover LR2, VIN 034159<br>Orig. Asset Memo: Imported from original petition Doc# 22 | 21,000.00 | 0.00 | | 0.00 | FA |
| 15 | 2008 Mercedes GL550, VIN 4JGBF86E68A417133<br>Orig. Asset Memo: Imported from original petition Doc# 22 | 60,000.00 | 0.00 | | 0.00 | FA |
| 16 | 2008 Mercedes ML320, VIN 4JGBB22E48A419669<br>Orig. Asset Memo: Imported from original petition Doc# 22 | 35,000.00 | 0.00 | | 0.00 | FA |
| 17 | 2009 Nissan Altima, VIN 1N4AL21E39C111029<br>Orig. Asset Memo: Imported from original petition Doc# 22 | 20,000.00 | 0.00 | | 0.00 | FA |
| 18 | ADV.  10-4176  V. CARUSO, POPE, E  (u)<br>JUDGMENT $72,253.00; NOTICE OF SETTLEMENT | 75,000.00 | 75,000.00 | | 15,000.00 | FA |
| 19 | ADV. 11-4046 V. GLOBE MOTOR, AND MARGOLIS (u) | 75,000.00 | 75,000.00 | | 22,500.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.42 | FA |
| 20 | **Assets**    Totals (Excluding unknown values) | **$797,349.05** | **$150,000.00** | | **$37,500.42** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**      December 31, 2011        **Current Projected Date Of Final Report (TFR):**      September 19, 2012  (Actual)

Printed: 04/16/2013 02:30 PM     V.13.13

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 10-43005
**Case Name:** AUTO POINT, LIMITED

**Taxpayer ID #:** 41-2014332
**Period Ending:** 04/16/13

**Trustee:** BRIAN F. LEONARD (430020)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-60531842-65 - Checking Account
**Blanket Bond:** $38,561,000.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/29/11 | {19} | MARGOLIS LAW FIRM | ADV. SETTLEMENT | 1241-000 | 7,500.00 | | 7,500.00 |
| 11/29/11 | {19} | GLOBE MOTOR | SETTLEMENT OF ADV. | 1241-000 | 15,000.00 | | 22,500.00 |
| 12/28/11 | {18} | CARUSO SMITH EDELL PICINI PC | PARTIAL PAYMENT ON SETTLEMENT OF ADV 10-4176 | 1249-000 | 5,000.00 | | 27,500.00 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.19 | | 27,500.19 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 46.57 | 27,453.62 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.23 | | 27,453.85 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 60.01 | 27,393.84 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 54.26 | 27,339.58 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 56.02 | 27,283.56 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 54.04 | 27,229.52 |
| 05/15/12 | {18} | CARUSO SMITH EDELL PICINI | SETTLEMENT OF ADV. 10-4176 | 1249-000 | 2,500.00 | | 29,729.52 |
| 05/30/12 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/30/2012 FOR CASE #10-43005, BOND #016018055 | 2300-000 | | 76.37 | 29,653.15 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 63.94 | 29,589.21 |
| 06/19/12 | {18} | CARUSO SMITH EDELL PICINI | SETTLEMENT | 1249-000 | 2,500.00 | | 32,089.21 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 60.18 | 32,029.03 |
| 07/17/12 | {18} | CARUSO SMITH EDELL PICINI | 10-4176 SETTLEMENT PYMT | 1249-000 | 2,500.00 | | 34,529.03 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 72.22 | 34,456.81 |
| 08/14/12 | {18} | CARUSO SMITH EDELL PICINI PC | FINAL PAYMENT ADV 10-4176 | 1249-000 | 2,500.00 | | 36,956.81 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 75.69 | 36,881.12 |
| 12/13/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001043002088 20121213 | 9999-000 | | 36,881.12 | 0.00 |

|  |  | |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 37,500.42 | 37,500.42 | $0.00 |
| Less: Bank Transfers | 0.00 | 36,881.12 | |
| **Subtotal** | 37,500.42 | 619.30 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $37,500.42 | $619.30 | |

{} Asset reference(s)

Printed: 04/16/2013 02:30 PM     V.13.13

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-43005
**Case Name:** AUTO POINT, LIMITED

**Taxpayer ID #:** 41-2014332
**Period Ending:** 04/16/13

**Trustee:** BRIAN F. LEONARD (430020)
**Bank Name:** Rabobank, N.A.
**Account:** 5000562266 - Checking Account
**Blanket Bond:** $38,561,000.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/14/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 36,881.12 | | 36,881.12 |
| 12/18/12 | 11002 | BRIAN F. LEONARD | Dividend paid 100.00% on $4,500.04, Trustee Compensation;  Reference: | 2100-000 | | 4,500.04 | 32,381.08 |
| 12/18/12 | 11003 | LEONARD, O'BRIEN LAW FIRM | Dividend paid 100.00% on $20,000.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 20,000.00 | 12,381.08 |
| 12/18/12 | 11004 | LEONARD, O'BRIEN LAW FIRM | Dividend paid 100.00% on $203.31, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 203.31 | 12,177.77 |
| 12/18/12 | 11005 | CLERK OF BANKRUPTCY COURT | Dividend paid 100.00% on $586.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: ADV. 10-4176 AND 11-4046 | 2700-000 | | 586.00 | 11,591.77 |
| 12/18/12 | 11006 | ZURICH | Dividend paid  1.91% on $1,805.28; Claim# 1; Filed: $1,805.28; Reference: 4300 | 7100-000 | | 34.66 | 11,557.11 |
| 12/18/12 | 11007 | FEDEX CUSTOMER INFORMATION SERVICES | Dividend paid  1.91% on $516.27; Claim# 2; Filed: $516.27; Reference: 6908 | 7100-000 | | 9.91 | 11,547.20 |
| 12/18/12 | 11008 | TODD G ANDERSON | Dividend paid  1.91% on $55,614.60; Claim# 3; Filed: $55,614.60; Reference: 2603 | 7100-000 | | 1,067.63 | 10,479.57 |
| 12/18/12 | 11009 | Automotive Finance Corporation aka AFC | Dividend paid  1.91% on $134,487.50; Claim# 4; Filed: $134,487.50; Reference: 8584 | 7100-000 | | 2,581.76 | 7,897.81 |
| 12/18/12 | 11010 | DR KRISTAL KOHLMEYER | Dividend paid  1.91% on $28,656.75; Claim# 5; Filed: $28,656.75; Reference: | 7100-000 | | 550.12 | 7,347.69 |
| 12/18/12 | 11011 | WELLS FARGO DEALER SERVICES | Dividend paid  1.91% on $17,928.26; Claim# 6; Filed: $17,928.26; Reference: 6573 | 7100-000 | | 344.17 | 7,003.52 |
| 12/18/12 | 11012 | CARSOUP.COM | Dividend paid  1.91% on $3,400.00; Claim# 7; Filed: $3,400.00; Reference: 4139 | 7100-000 | | 65.27 | 6,938.25 |
| 12/18/12 | 11013 | Hue Thi Pham | Dividend paid  1.91% on $18,500.00; Claim# 8; Filed: $18,500.00; Reference: | 7100-000 | | 355.14 | 6,583.11 |
| 12/18/12 | 11014 | XCEL ENERGY | Dividend paid  1.91% on $581.74; Claim# 9; Filed: $581.74; Reference: 0823 | 7100-000 | | 11.17 | 6,571.94 |
| 12/18/12 | 11015 | Spire Federal Credit Union | Dividend paid  1.91% on $68,519.84; Claim# 10; Filed: $68,519.84; Reference: 5641 | 7100-000 | | 1,315.38 | 5,256.56 |
| 12/18/12 | 11016 | Wells Fargo Bank N.A. | Dividend paid  1.91% on $22,621.77; Claim# 11; Filed: $22,621.77; Reference: 8845 | 7100-000 | | 434.27 | 4,822.29 |
| 12/18/12 | 11017 | WESTERN SURETY COMPANY | Dividend paid  1.91% on $39,500.00; Claim# 13; Filed: $39,500.00; Reference: 2133 | 7100-000 | | 758.28 | 4,064.01 |
| 12/18/12 | 11018 | American InfoSource LP as agent | Dividend paid  1.91% on $389.55; Claim# 15; | 7100-000 | | 7.48 | 4,056.53 |

Subtotals :          $36,881.12          $32,824.59

{} Asset reference(s)

Printed: 04/16/2013 02:30 PM     V.13.13

Exhibit 9

## Form 2

Page: 3

### Cash Receipts And Disbursements Record

**Case Number:** 10-43005

**Case Name:** AUTO POINT, LIMITED

**Taxpayer ID #:** 41-2014332

**Period Ending:** 04/16/13

**Trustee:** BRIAN F. LEONARD (430020)

**Bank Name:** Rabobank, N.A.

**Account:** 5000562266 - Checking Account

**Blanket Bond:** $38,561,000.00 (per case limit)

**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | for | Filed: $389.55; Reference: 3931/TMOBILE | | | | |
| 12/18/12 | 11019 | DEALER SERVICES CORPORATION | Dividend paid 1.91% on $138,733.81; Claim# 17; Filed: $138,733.81; Reference: 1073 | 7100-000 | | 2,663.28 | 1,393.25 |
| 12/18/12 | 11020 | LIBERTY MUTUAL SURETY | Dividend paid 1.91% on $56,291.10; Claim# 18; Filed: $56,291.10; Reference: 5015 | 7100-000 | | 1,080.62 | 312.63 |
| 12/18/12 | 11021 | West Financial | Dividend paid 1.91% on $15,779.42; Claim# 20; Filed: $15,779.42; Reference: | 7100-000 | | 302.92 | 9.71 |
| 12/18/12 | 11022 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | | | 9.71 | 0.00 |
| | | | Dividend paid 1.91% on 0.77 $40.00; Claim# 12; Filed: $40.00 | 7100-000 | | | 0.00 |
| | | | Dividend paid 1.91% on 2.40 $124.86; Claim# 14; Filed: $124.86; Reference: 7724 | 7100-000 | | | 0.00 |
| | | | Dividend paid 1.91% on 3.60 $187.59; Claim# 16; Filed: $187.59; Reference: 1685 | 7100-000 | | | 0.00 |
| | | | Dividend paid 1.91% on 2.94 $153.24; Claim# 21; Filed: $153.24; Reference: 4332 | 7100-000 | | | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 36,881.12 | 36,881.12 | $0.00 |
| Less: Bank Transfers | 36,881.12 | 0.00 | |
| **Subtotal** | 0.00 | 36,881.12 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $0.00 | $36,881.12 | |

| | | |
|---|---|---|
| Net Receipts : | 37,500.42 |
| Net Estate : | $37,500.42 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-60531842-65** | 37,500.42 | 619.30 | 0.00 |
| **Checking # 5000562266** | 0.00 | 36,881.12 | 0.00 |
| | $37,500.42 | $37,500.42 | $0.00 |
| Bank Transfers | $36,881.12 | $36,881.12 | |

{} Asset reference(s)

Printed: 04/16/2013 02:30 PM   V.13.13